# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SCHUYLER PICKETT,** : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION 1:22-00075-KD-MU |
| : | |
| **ALL IN CREDIT UNION,** : | |
|     Defendant. : | |

# ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge made under 28 U.S.C. § 636(b) and S.D. Ala. Gen. LR 72(b), and dated December 13, 2022 (Doc. 19), is **ADOPTED** as the opinion of this Court. As such, it is **ORDERED** that the Defendant's Motion to Dismiss or in the Alternative for Summary Judgment (which has been treated as a motion for summary judgment pursuant to Rule 12(d)) (Doc. 8) is **GRANTED** and that the Plaintiff's Complaint is **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **12th** day of **January 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**