# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SCHUYLER PICKETT, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION 1:22-00075-KD-MU |
| | : | |
| ALL IN CREDIT UNION, | : | |
|     Defendant. | : | |

## Judgment

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Defendant's Motion to Dismiss or in the Alternative for Summary Judgment (which has been treated as a motion for summary judgment pursuant to Rule 12(d)) (Doc. 8) is **GRANTED** and the Plaintiff's Complaint is **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **12th** day of **January 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**